## LEMON *et al. v.* STEPHENSON.

(April Term, 1864.)

APPEAL BOND—*must recite the judgment appealed from correctly.* An appeal bond which recites the judgment appealed from as having been rendered on the *seventh* day of a given month, when the record shows it to have been rendered on the *sixth*, is bad, on a motion to dismiss the appeal.

APPEAL from the Circuit Court of the county of La Salle.

Messrs. BANGS & SHAW, for the appellee, moved the court to dismiss the appeal for the want of a sufficient appeal bond.

By the record, it appeared that the judgment appealed from was rendered on the *sixth* day of November, 1863, whereas the

bond recited a judgment from which the appeal was taken, as having been rendered on the *seventh* day of the same month. This variance in the time of the rendition of the judgment as shown by the record, and that as it was recited in the bond, was the ground of the motion.

Per CURIAM: The objection to the bond is well taken; the appeal will be dismissed unless a sufficient bond be filed within a reasonable time, to be designated by the court.

*Rule nisi.*